1  SEAN P. NALTY  (SBN #121253)
   DENNIS J. RHODES  (SBN 168417)
2  WILSON, ELSER, MOSKOWITZ,
       EDELMAN& DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, CA  94105
4  Telephone:    (415) 433-0990
   Facsimile:    (415) 434-1370
5
   Attorneys for Defendants
6  LIFE INSURANCE COMPANY OF NORTH
   AMERICA and FRIDEN ALCATEL GROUP
7  LONG TERM DISABILITY INCOME PLAN

8                 UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 DAWNE CULLEN,                          )  Case No.: 2:08 CV02763 JAM-GGH
                                          )
12            Plaintiff,                  )  **ORDER RE SECOND STIPULATION**
                                          )  **TO EXTEND TIME TO ANSWER OR**
13    v.                                  )  **OTHERWISE RESPOND TO**
                                          )  **PLAINTIFF'S COMPLAINT**
14 FRIDEN ALCATEL GROUP LONG TERM         )
   DISABILITY INCOME PLAN,                )  **[Local Rule 83-146]**
15                                        )
              Defendant.                  )  Filed: November 17, 2008
16                                        )
                                          )
17 _____)

18        The parties having stipulated that defendants Life Insurance Company of North America

19 ("LINA") and Friden Alcatel Group Long Term Disability Income Plan may have an extension to

20 and including January 26, 2009 to answer the Complaint due to ongoing settlement negotiations.

21 Since good cause has been shown by the stipulation of the parties, the extension to answer the

22 complaint to February 12, 2009 is granted.

23 IT IS SO ORDERED.

24

25 Dated:  January 28, 2009              /s/ John A. Mendez_____
                                         Honorable John A. Mendez
26                                       United States District Judge

                                  1
27 **Proposed ORDER RE:  SECOND STIPULATION EXTENDING TIME TO ANSWER THE COMPLAINT**
   USDC EDCA No. 2:08 CV02763 JAM-GGH
28

416089.1

PDF created with pdfFactory trial version www.pdffactory.com

CERTIFICATE OF SERVICE
*Dawne Cullen v. Friden Alcatel Group Long Term Disability Income Plan*
*USDC EDCA Case # 2:08 CV02763-JAM-GGH*

   I am over the age of eighteen years and am not a party to the within cause.  I am employed in the City and County of San Francisco, California and my business address are 525 Market Street, 17th Floor, and San Francisco, California 94105-2725.  On this date I served the following document(s):

**[Proposed] ORDER RE: SECOND STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

on the part(y)(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

   :  **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

   **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

   **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the addressee on the next business day.

   :  **Facsimile** -- (Only where permitted.  Must consult CCP §1012.5 and California Rules of Court 2001-2011.  Also consult FRCP Rule 5(e).  Not currently authorized in N.D.CA.)

&#x2B55; :  **Electronic Mail** – I caused the attached document to be electronically transmitted to the parties named below.

Thornton Davidson
ERISA Law Group
2055 San Joaquin Street
Fresno, CA  93721
Tel: (559) 256-9800
Fax: (559) 256-9795
*Attorneys for Plaintiff Dawne Cullen*

   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

   EXECUTED on **January 28, 2009**, at San Francisco, California.

          Stacey Muller

2

**Proposed ORDER RE:  SECOND STIPULATION EXTENDING TIME TO ANSWER THE COMPLAINT**
USDC EDCA No. 2:08 CV02763 JAM-GGH

416089.1

PDF created with pdfFactory trial version www.pdffactory.com