**THORNTON DAVIDSON, #166487**
The ERISA Law Group
2055 San Joaquin Street
Fresno, California 93721-2717
Telephone:    (559) 256-9800
Facsimile:      (559) 256-9795
e-mail:thorntondavidson@aol.com

Attorney for Plaintiff, DAWNE CULLEN


**SEAN NALTY #121253**
Wilson Elser Moskowitz Edelman & Dicker
525 Market St 17FL
San Francisco, CA, 94105-2725
Telephone: (415) 433-0990
Telefax: (415) 434-1370

Attorney for Defendant, FRIDEN ALCATEL GROUP

UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWNE CULLEN, <br><br> Plaintiff, <br> v. <br><br> FRIDEN ALCATEL GROUP LONG TERM DISABILITY INCOME PLAN, <br><br> Defendant. | Case No.:2:08 CV 02763 JAM-GGH <br><br> STIPULATION AND ORDER CONTINUING DEADLINE TO FILE JOINT STATUS REPORT |

  Plaintiff, DAWN CULLEN, and Defendant, FRIDEN ALCATEL GROUP LONG TERM DISABILITY INCOME PLAN, through their counsel of record hereby stipulate as follows:

  1. Pursuant to F.R.C.P. 26 (f) the parties shall file a Joint Status Report within 60 days of service of the Complaint on the Defendant.

  2. On December 19, 2008, and January 28, 2009, the parties filed stipulations stipulations extending the deadline for Defendant to file a responsive pleading to the filed Complaint.

3. On February 9, 2009, Defendant filed its Answer to the Complaint.

4. Good cause exist to continue the deadline of February 13, 2009, for the parties to file their Joint Status Report in that the parties have not had the opportunity to meet and confer on the issues of this case nor to discuss the Rule 26(f) discovery plan.

5. Therefore, the parties stipulate that the deadline to file the Joint StatusReport be continued from February 13, 2009, to March 6, 2009.

Dated: February 10, 2009                                     /s/ Thornton Davidson
                                                             THORNTON DAVIDSON
                                                             Attorney for Plaintiff,
                                                             DAWNE CULLEN

Dated: February 10, 2009                                     /s/ Sean Nalty
                                                             SEAN NALTY
                                                             Attorney for Defendant,
                                                             FRIDEN ALCATEL GROUP LONG
                                                             TERM DISABILITY

**ORDER**

It is so ordered.

Dated: February 11, 2009                                     /s/ John A. Mendez
                                                             HONORABLE JOHN A. MENDEZ