SEAN P. NALTY (SBN #121253)
DENNIS J. RHODES (SBN 168417)
WILSON, ELSER, MOSKOWITZ,
    EDELMAN& DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105
Telephone:    (415) 433-0990
Facsimile:    (415) 434-1370

Attorneys for Defendants
LIFE INSURANCE COMPANY OF NORTH
AMERICA and FRIDEN ALCATEL GROUP
LONG TERM DISABILITY INCOME PLAN

**THORNTON DAVIDSON, #166487**
The ERISA Law Group
2055 San Joaquin Street
Fresno, California 93721-2717
Telephone:    (559) 256-9800
Facsimile:    (559) 256-9795
e-mail:thorntondavidson@aol.com

Attorney for Plaintiff, DAWNE CULLEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWNE CULLEN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FRIDEN ALCATEL GROUP LONG TERM DISABILITY INCOME PLAN,<br><br>　　　　Defendant. | Case No.: 2:08 CV02763 JAM-GGH<br><br>**ORDER RE EXTENDING THE TIME FOR THE PARTIES TO FILE THE JOINT STATUS REPORT IN THIS MATTER**<br><br>Filed: November 17, 2008 |

The parties having stipulated that the date for the filing of the joint status report in this matter can be extended 30 days, and good cause appearing in support of this request, the Court

1

**PROPOSED ORDER RE: EXTENDING THE TIME FOR THE PARTIES TO FILE THE JOINT STATUS REPORT IN THIS MATTER**

USDC EDCA No. 2:08 CV02763 JAM-GGH

425030.1

PDF created with pdfFactory trial version www.pdffactory.com

hereby orders that the parties have an additional 30 days, to and including April 17, 2009, to file a joint status report in this matter.

IT IS SO ORDERED.

Dated: March 9, 2009  /s/ John A. Mendez
Honorable John A. Mendez
United States District Judge

CERTIFICATE OF SERVICE
*Dawne Cullen v. Friden Alcatel Group Long Term Disability Income Plan*

2

**PROPOSED ORDER RE: EXTENDING THE TIME FOR THE PARTIES TO FILE THE JOINT STATUS REPORT IN THIS MATTER**

USDC EDCA No. 2:08 CV02763 JAM-GGH

425030.1

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| 1 | *USDC EDCA Case #* 2:08 CV02763-JAM-GGH |
| 2 | I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address are 525 Market Street, 17th Floor, and San Francisco, California 94105-2725. On this date I served the following document(s): |

**[Proposed] ORDER RE: SECOND STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

on the part(y)(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

   : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

   : **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

   : **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the addressee on the next business day.

   : **Facsimile** -- (Only where permitted. Must consult CCP §1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.CA.)

Ö   : **Electronic Mail** – I caused the attached document to be electronically transmitted to the parties named below.

Thornton Davidson
ERISA Law Group
2055 San Joaquin Street
Fresno, CA  93721
Tel: (559) 256-9800
Fax: (559) 256-9795
*Attorneys for Plaintiff Dawne Cullen*

   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

   EXECUTED on **March 6, 2009**, at San Francisco, California.

_____
Stacey Muller

3

**PROPOSED ORDER RE:  EXTENDING THE TIME FOR THE PARTIES TO FILE THE JOINT STATUS REPORT IN THIS MATTER**

USDC EDCA No. 2:08 CV02763 JAM-GGH

425030.1

PDF created with pdfFactory trial version www.pdffactory.com