| | |
|---|---|
| 1 | SEAN P. NALTY  (SBN #121253) |
| 2 | DENNIS J. RHODES  (SBN 168417)<br>WILSON, ELSER, MOSKOWITZ, |
| 3 |    EDELMAN& DICKER LLP<br>525 Market Street, 17th Floor |
| 4 | San Francisco, CA  94105<br>Telephone:     (415) 433-0990 |
| 5 | Facsimile:     (415) 434-1370 |
| 6 | Attorneys for Defendants<br>LIFE INSURANCE COMPANY OF NORTH |
| 7 | AMERICA and FRIDEN ALCATEL GROUP<br>LONG TERM DISABILITY INCOME PLAN |
| 8 | **THORNTON DAVIDSON, #166487** |
| 9 | The ERISA Law Group<br>2055 San Joaquin Street |
| 10 | Fresno, California 93721-2717<br>Telephone:     (559) 256-9800 |
| 11 | Facsimile:     (559) 256-9795<br>e-mail:thorntondavidson@aol.com |
| 12 | |
| 13 | Attorney for Plaintiff, DAWNE CULLEN |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWNE CULLEN, | ) Case No.: 2:08 CV02763 JAM-GGH |
| Plaintiff, | ) **ORDER RE EXTENDING THE TIME**<br>) **FOR THE PARTIES TO FILE THE** |
| v. | ) **JOINT STATUS REPORT IN THIS**<br>) **MATTER** |
| FRIDEN ALCATEL GROUP LONG TERM<br>DISABILITY INCOME PLAN, | )<br>) Filed: November 17, 2008 |
| Defendant. | ) |

1

**PROPOSED ORDER RE:  EXTENDING THE TIME FOR THE PARTIES TO FILE THE JOINT STATUS REPORT IN THIS MATTER**

USDC EDCA No. 2:08 CV02763 JAM-GGH

425030.1

PDF created with pdfFactory trial version www.pdffactory.com

1     The parties having stipulated that the date for the filing of the joint status report in this matter can be extended 60 days, and good cause appearing in support of this request, the Court hereby orders that the parties have an additional 60 days to file a joint status report in this matter.

IT IS SO ORDERED.

Dated: April 20, 2009

                            /s/ John A. Mendez
                            Honorable John A. Mendez
                            United States District Judge

**PROPOSED ORDER RE: EXTENDING THE TIME FOR THE PARTIES TO FILE THE JOINT STATUS REPORT IN THIS MATTER**

USDC EDCA No. 2:08 CV02763 JAM-GGH

425030.1

PDF created with pdfFactory trial version www.pdffactory.com