1  **THORNTON DAVIDSON, #166487**
   The ERISA Law Group
2  2055 San Joaquin Street
3  Fresno, California 93721-2717
   Telephone:   (559) 256-9800
4  Facsimile:   (559) 256-9795
   Email:  thorntondavidson@aol.com
5
   Attorney for Plaintiff, DAWNE CULLEN
6

**FILED**

NOV   5 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  DAWNE CULLEN,                          ) Case No.: 2:08 CV02763 JAM-GGH
                                           )
12              Plaintiff,                  ) **STIPULATION OF DISMISSAL WITH**
                                           ) **PREJUDICE, PURSUANT TO FED. R.**
13       v.                                ) **CIV. P. 41(a)**
                                           )
14  FRIDEN ALCATEL GROUP LONG TERM         )
    DISABILITY INCOME PLAN,                )
15                                         )
                Defendant.                 )
16                                         )
                                           )
17  _____)

18  PLEASE TAKE NOTICE THAT Plaintiff, DAWN CULLEN, and Defendants, FRIDEN

19  ALCATEL GROUP LONG TERM DISABILITY INCOME PLAN have reached a resolution of

20  this matter. Ther parties agree to dismiss it in its entirety with prejucide, pursuant to Fed. R. Civ.

21  P. 41(a).  Each party shall bear its own fees and costs.

22        The parties seek the Court's approval of dismissal of this action with prejudice, through

23  the order listed *infra*.

24  //

25  //

26  //

27  //

28  //

---

1
**STIPULATION OF DISMISSAL WITH PREJUDICE, PURSUANT TO RED. R. CIV. P. 41(a)**
USDC EDCA No. 2:08 CV 02763

1  **IT IS SO STIPULATED.**

2

3  Date:   October 29, 2009          ERISA LAW GROUP

4

5                                By:___*/s/ Thornton Davidson*_____

6                                     Thornton Davidson
                                     Attorneys for Plaintiff

7                                     **DAWNE CULLEN**

8  Date:   October 29, 2009          WILSON, ELSER, MOSKOWITZ, EDELMAN &
                                     DICKER LLP
9

10

11                                By:___*/s/ Sean P. Nalty* _____
                                     SEAN P. NALTY

12                                    DENNIS J. RHODES
                                     Attorneys for Defendants

13                                    FRIDEN ALCATEL GROUP LONG TERM
                                     DISABILITY INCOME PLAN
14

15
                                        [~~PROPOSED~~] ORDER
16

17               **IT IS SO ORDERED.**

18  Dated:   11-5-09

19                                     _____
                                       HONORABLE JOHN A. MENDEZ
20                                     UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

                                        2
            **STIPULATION OF DISMISSAL WITH PREJUDICE, PURSUANT TO RED. R. CIV. P. 41(a)**
                                  USDC EDCA No. 2:08 CV 02763